UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| BLANCHE SHELTON, *individually and on behalf of all others similarly situated,* )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>STEAM LOGISTICS, LLC, )<br>)<br>*Defendant*. ) | Case No. 1:24-cv-393<br><br>Judge Curtis L. Collier<br>Magistrate Judge Michael J. Dumitru |

## O R D E R

Before the Court is the parties' joint notice of settlement and "motion for entry of deadlines and permission to dismiss action without settlement approval." (Doc. 79.) The parties move the Court for permission to dismiss the case by stipulation without court approval of the settlement. (*Id*. at 1.) The parties propose that they will: (1) finalize the terms of the settlement agreement on or before October 22, 2025; (2) disseminate the notice of the settlement to each of the 124 plaintiffs on or before November 5, 2025; and (3) file a stipulation of dismissal on or about January 14, 2026. (*Id*. at 2.)

For the reasons stated in the accompanying Memorandum, the Court **GRANTS** the parties' joint motion (Doc. 79). The parties **SHALL** privately finalize their settlement and file a stipulation of dismissal on or about January 14, 2026. *See* Fed. R. Civ. P. 41(a)(1)(A).

**SO ORDERED.**

**ENTER:**

/s/_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**